1  STUART F. DELERY
   Acting Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   ELIZABETH J. STEVENS
4  Assistant Director
   CRAIG W. KUHN (VSB: 43539)
5  Trial Attorney
       P.O. Box 868, Ben Franklin Station
6      Washington, D.C.  20044-0868
       Telephone: (202) 616-3540
7      Facsimile: (202) 616-8962
       e-mail: craig.kuhn@usdoj.gov
8
   Attorneys for Defendants

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION

   ATINA BERTOS,                    )   No. C 5:12-cv-3531-RMW
                  Plaintiff,        )
                                    )
            v.                      )
                                    )   STIPULATION TO EXTEND TIME TO
   JANET NAPOLITANO, et al.         )   ANSWER
                                    )
                  Defendants.       )
                                    )
   _____)

   On July 6, 2012, Plaintiff filed the above captioned action.  The United States Attorney's Office was served on July 19, 2011.  On September 14, 2012, the parties stipulated to extend time to answer by 45 days.  Defendants' answer to the complaint is due by November 2, 2012.  The parties wish to continue their efforts to explore possible avenues of administrative remedies.  The parties stipulate under Civil L.R. 6-1(a), to extend time for Defendants to answer the complaint by 60 days from November 2, 2012, to and including January 2, 2013.

                                    1

Dated: October 26, 2012           Respectfully submitted,

                                  TONY WEST
                                  Assistant Attorney General

                                  DAVID J. KLINE
                                  Director

                                  ELIZABETH J. STEVENS
                                  Assistant Director

                                  /s/ *Craig W. Kuhn*
                                  CRAIG W. KUHN[1]
                                  Trial Attorney
                                  United States Department of Justice
                                  Civil Division
                                  Office of Immigration Litigation
                                  District Court Section
                                  Attorney for Defendants


                                  LAW OFFICE OF BERNADETTE CONNOLLY
Dated: October 26, 2012
                                  /s/ *Bernadette Willeke Connolly (by email consent)*
                                  BERNADETTE WILLEKE CONNOLLY
                                  1671 The Alameda, Suite 200
                                  San Jose, CA 95126
                                  Attorney for Plaintiff


ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: F gego dgt '35, 2012       _____
                                  Ronald M. Whyte
                                  United States District Judge

---

[1] I, Craig W. Kuhn, hereby attest that I obtained the concurrence in the filing of this document from all signatories indicated by a "conformed" signature (/s/).

ii