1  STUART F. DELERY
   Acting Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   ELIZABETH J. STEVENS
4  Assistant Director
   CRAIG W. KUHN (VSB: 43539)
5  Trial Attorney
       P.O. Box 868, Ben Franklin Station
6      Washington, D.C.  20044-0868
       Telephone: (202) 616-3540
7      Facsimile: (202) 616-8962
       e-mail: craig.kuhn@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ATINA BERTOS, | ) | No. C 5:12-cv-3531-RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO EXTEND TIME TO ANSWER |
| JANET NAPOLITANO, *et al.* | ) | |
| Defendants. | ) | |

On July 6, 2012, Plaintiff filed the above captioned action.  The United States Attorney's Office was served on July 19, 2011.  On September 14, 2012, the parties stipulated to extend time to answer by 45 days.  Defendants' answer to the complaint is due by November 2, 2012.  The parties wish to continue their efforts to explore possible avenues of administrative remedies.  The parties stipulate under Civil L.R. 6-1(a), to extend time for Defendants to answer the complaint by 60 days from November 2, 2012, to and including January 2, 2013.

| | |
|---|---|
| Dated:  October 26, 2012 | Respectfully submitted,<br><br>TONY WEST<br>Assistant Attorney General<br><br>DAVID J. KLINE<br>Director<br><br>ELIZABETH J. STEVENS<br>Assistant Director<br><br>/s/ *Craig W. Kuhn*<br>CRAIG W. KUHN[1]<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>Attorney for Defendants |
| Dated:  October 26, 2012 | LAW OFFICE OF BERNADETTE CONNOLLY<br><br>/s/ *Bernadette Willeke Connolly (by email consent)*<br>BERNADETTE WILLEKE CONNOLLY<br>1671 The Alameda, Suite 200<br>San Jose, CA 95126<br>Attorney for Plaintiff |

ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: F gego dgt '35, 2012

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

---

[1] I, Craig W. Kuhn, hereby attest that I obtained the concurrence in the filing of this document from all signatories indicated by a "conformed" signature (/s/).