1  LAW OFFICES OF BERNADETTE W. CONNOLLY
   Bernadette Willeke Connolly, Cal. State Bar #195633
2  1671 The Alameda, Suite 200, San Jose, CA  95126
   Tel.: (408) 287-0383, Fax: (408) 287-4260
3
   Attorneys for Plaintiff
4
                **UNITED STATES DISTRICT COURT**
5               **NORTHERN DISTRICT OF CALIFORNIA**

6

7  In Re:                         ) Case No.: 5:12-cv-3531-RMW
                                  )
8  ATINA BERTOS                   )
                                  )
9         Plaintiff,              ) [PROPOSED] ORDER
                                  )
10 v.                             )
                                  )
11 JANET NAPOLITANO, et al.,      )
                                  )
12                                ) Date: February 8, 2013
                                  ) Time: 9:00 a.m.
13        Defendants.             ) Courtroom: 6-4th Floor
                                  ) Judge: Hon. Ronald M. Whyte
14                                )
                                  )
15                                )
                                  )
16                                )
                                  )
17                                )

18 ─────────────────────────────────────────────

19        Having considered Plaintiff's Motion to Accept Late Filing, the Court
20 being fully advised and good cause shown:
21        **IT IS HEREBY ORDERED** that Plaintiff's Motion to Accept Late Filing
22 is **granted.**
23

24        Dated this 31 day of January 2013

25        *Ronald M. Whyte*
26        ─────────────────
           Ronald M. Whyte
27         United States District Court Judge

28

-1-

[Proposed] Order