LAW OFFICES OF BERNADETTE W. CONNOLLY
Bernadette Willeke Connolly, Cal. State Bar #195633
1671 The Alameda, Suite 200, San Jose, CA  95126
Tel.: (408) 287-0383, Fax: (408) 287-4260

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 5:12-cv-3531-RMW |
| ATINA BERTOS | |
|     Plaintiff, | [PROPOSED] ORDER |
| v. | |
| JANET NAPOLITANO, et al., | |
| | Date: February 8, 2013 |
| | Time: 9:00 a.m. |
|     Defendants. | Courtroom: 6-4th Floor |
| | Judge: Hon. Ronald M. Whyte |

Having considered Plaintiff's Motion to Accept Late Filing, the Court being fully advised and good cause shown:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Accept Late Filing is **granted.**

Dated this 31day of January 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

-1-
[Proposed] Order