STUART F. DELERY
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
ELIZABETH J. STEVENS
Assistant Director
CRAIG W. KUHN (VSB: 43539)
Trial Attorney
    P.O. Box 868, Ben Franklin Station
    Washington, D.C.  20044-0868
    Telephone: (202) 616-3540
    Facsimile: (202) 616-8962
    e-mail: craig.kuhn@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ATINA BERTOS, ) <br>           Plaintiff, ) <br> ) <br>     v.              ) <br> ) <br> JANET NAPOLITANO, *et al.* ) <br>           Defendants. ) <br> ) | No. C 5:12-cv-3531-RMW <br><br> JOINT STIPULATION FOR <br> CONTINUANCE OF HEARING DATE |

Pursuant to Local Rule 7-7(b)(1) of the Local Rules of the Northern District of California,

    IT IS HEREBY STIPULATED by and between plaintiff and defendants, by and through their undersigned counsel, that the time for oral arguments regarding Defendants' Motion to Dismiss and/or for Summary Judgment will be rescheduled to March 15, 2013 at 9:00 a.m. in Courtroom 6 before the Honorable Ronald M. Whyte.  In addition, if the Court grants Plaintiff's request for leave to file her opposition out of time, then the parties agree that Defendants may file a reply no later seven (7) days after the Court rules on Plaintiff's motion for leave to file her opposition out of time.

1   Oral argument was scheduled on February 8, 2013 at 9:00 a.m. in Courtroom 6 before the Honorable Ronald M. Whyte.

The continuance of hearing date was requested by both parties because plaintiff filed her opposition outside the normal time permitted by the rules to respond, and the Court has not yet ruled on Plaintiff's request for leave to file out of time.  In addition, continuing the hearing date to March 15, 2013, will provide the Court the necessary time to review the parties papers and determine if a decision can be reached on the merits without the need for oral arguments.

Dated:  January 31, 2013                Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

DAVID J. KLINE
Director

ELIZABETH J. STEVENS
Assistant Director

/s/ *Craig W. Kuhn*
CRAIG W. KUHN[1]
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Attorney for Defendants

Dated:  January 31, 2013                LAW OFFICE OF BERNADETTE CONNOLLY

/s/ *Bernadette Willeke Connolly (by email consent)*
BERNADETTE WILLEKE CONNOLLY
1671 The Alameda, Suite 200
San Jose, CA 95126
Attorney for Plaintiff

---

[1] I, Craig W. Kuhn, hereby attest that I obtained the concurrence in the filing of this document from all signatories indicated by a "conformed" signature (/s/).

ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: Lcpwct{"53, 2013

_____
Ronald M. Whyte
United States District Judge