# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ATINA BERTOS,<br><br>              Plaintiff,<br><br>      vs.<br><br>JANET NAPOLITANO, et al.,<br><br>              Defendants. | Case No.: 5:12-cv-3531-RMW<br><br>**[] ORDER** |

The Court has considered Defendants' Motion for Permission to Participate Telephonically in the Hearing on March 15, 2013, and finds sufficient cause to GRANT it.

It is so ORDERED.

Dated: March 6, 2013

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge