# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

ATINA BERTOS,

    Plaintiff,

vs.

JANET NAPOLITANO, et al.,

    Defendants

Case No.: 5:12-cv-3531-RMW

**ORDER GRANTING DEFENDANTS' MOTION
TO PLACE DOCUMENTS UNDER SEAL**

The Defendants' Administrative Motion to File Under Seal Defendants' Exhibits attached to the Defendants Notice of Supplemental Exhibits. Having considered the motion and the file in this case, and good cause appearing, the court finds that the Exhibits to Defendants Notice of Supplemental Exhibits are sealable under 8 C.F.R. § 208.6. It is hereby ORDERED that:

Exhibits attached to Defendants Notice of Supplemental Exhibits submitted by the Government, shall be sealed and shall remain under seal pending further order of the court.

**SO ORDERED.**

Signed this   9   day of    April   , 2013.

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge